# Mark Harring

Standing Chapter 12 & 13 Trustee

| **Mail CORRESPONDENCE to:** | **Mail Chapter 13 PAYMENTS to :** |
|---|---|
| | Please write case # on all payments |
| 131 W Wilson St. Ste 1000 | Dept 5292 |
| Madison, WI 53703-3260 | PO Box 521 |
| Phone: (608) 256-4320 | Milwaukee, WI 53201 |
| Fax:    (608) 256-4302 | |
| Website:  http://www.ch13wdw.org | Email:  info@ch13wdw.org |

August 23, 2013

Honorable Catherine J Furay
U.S. Bankruptcy Court Judge
PO Box 5009
Eau Claire, WI 54702-5009

Re:    Karen S Croker
       Case # 13-13917-13

Dear Judge Catherine J Furay:

A Motion to Dismiss was filed in this case on August 21, 2013, as not all of the required documents were filed in a timely manner.  Please be advised the Debtor has requested additional time to file the required documents and we are withdrawing the Motion to Dismiss filed with the court in connection with this matter.

If you have any questions or need anything further please feel free to contact our office.

Sincerely,

*/s/*
Mark Harring
Standing Chapter 13 Trustee

MWH/jcn

cc:    Karen S Croker