# Mark Harring

Standing Chapter 12 & 13 Trustee

**Mail CORRESPONDENCE to:**                    **Mail Chapter 13 PAYMENTS to :**
                                               Please write case # on all payments
131 W Wilson St. Ste 1000                      Dept 5292
Madison, WI 53703-3260                         PO Box 521
Phone: (608) 256-4320                          Milwaukee, WI 53201
Fax:    (608) 256-4302
Website:  http://www.ch13wdw.org               Email:  info@ch13wdw.org

August 23, 2013

Honorable Catherine J Furay
U.S. Bankruptcy Court Judge
PO Box 5009
Eau Claire, WI 54702-5009

Re:    Karen S Croker
        Case #13-13917-13

Dear Judge Furay:

We have reviewed the Motion to Extend Deadline to File Schedules or Provide Required
Information filed by the debtor.  This case was filed on  8/06/2013, the required documentation
was due on or before 8/20/2013, the first plan payment is due by  9/05/2013 and the 341 Meeting is
scheduled for  9/23/2013.  The debtor is requesting an extension of 21 days through 9/10/2013 to
file the required documents.

This office has no objection to the requested extension of time to file.

We do want to emphasize that despite this extension approval, the debtor's first payment is still due
by  9/05/2013, thirty days from filing the petition for relief.

Sincerely,

/s/
Mark Harring
Standing Chapter 13 Trustee

MWH/jcn

cc:    ATTORNEY PRO SE
        Karen S Croker